IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01957-WYD-MEH

JAMES FRED LEDBETTER and
OLGA LEDBETTER,

     Plaintiffs,

v.

JAMES J. BACHMAN, M.D.; and
FRISCO MEDICA CENTER, P.C.;

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 12, 2007.**

The Stipulated Motion to Vacate and Re-set Scheduling Conference [Filed January 12, 2007; Docket #17] is **denied**. The parties shall submit a proposed scheduling order no later than **5:00 p.m. today, January 12, 2007**. The Court will determine at the conference whether to enter a Scheduling Order at this time.