IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01957-WYD-MEH

JAMES FRED LEDBETTER and
OLGA LEDBETTER,

      Plaintiffs,

v.

JAMES J. BACHMAN, M.D.; and
FRISCO MEDICA CENTER, P.C.;

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 27, 2007.**

      The Fourth Motion to Revise Scheduling Order and for Extension of the Deadline to Disclose Expert Witnesses and Motion for Extension of Time to Respond to Plaintiff's First Written Discovery to Dr. Bachman [filed August 24, 2007; doc #40] is **granted in part and denied without prejudice in part**. The Motion to Revise Scheduling Order is granted as follows: expert witness disclosures are to be filed on or before September 25, 2007, and rebuttal expert disclosures shall be submitted no later than October 25, 2007. Further, the discovery deadline will be extended to October 31, 2007, and dispositive motions will be due on or before November 22, 2007; these dates will not be changed, absent exceptional circumstances.

      The Motion for Extension of Time to Respond to Plaintiff's First Written Discovery is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 6.1C.