IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01957-WYD-MEH

JAMES FRED LEDBETTER and
OLGA LEDBETTER,

      Plaintiffs,

v.

JAMES J. BACHMAN, M.D., and
FRISCO MEDICA CENTER, P.C.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 24, 2007.**

      Plaintiffs' Unopposed Motion for Leave of Court to Permit Filing of Amended Complaint [Filed September 20, 2007; Docket #48] is **granted**. Plaintiffs' Amended Complaint, tendered as Docket #47, is accepted as filed. Defendants deadline for filing an Answer or other affirmative pleading will run from the date of this Minute Order.