IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01957-WYD-MEH

JAMES FRED LEDBETTER; and
OLGA LEDBETTER,

    Plaintiffs,

v.

JAMES J. BACHMAN, M.D.; and
FRISCO MEDICAL CENTER, P.C.,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal Without Prejudice (docket #62), filed October 30, 2007.  After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation for Dismissal Without Prejudice (docket #62) is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

Dated:  October 31, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge